

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Julian Jesse Rojo,

\* From the 441st District Court
of Midland County,
Trial Court No. CR52905.

Vs. No. 11-20-00259-CR

\* December 31, 2020

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.